PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
2/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RF  DEPUTY

U.S.A. VS. Gerald Taylor             Docket No.: CR19-00491-DSF

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Gerald Taylor</u> who was placed on supervision by the Honorable <u>Keith Schutter</u> sitting in the Court at <u>Cleveland</u>, Ohio, on the <u>18th</u> day of <u>July, 2007,</u> who fixed the period of supervision at <u>eight years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order. **<u>Jurisdiction was transferred to the Central District of California on August 20, 2019.</u>**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Gerald Taylor traveled to Las Vegas, Nevada on or before December 10, 2019, without authorization.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Gerald Taylor shall participate for a period of 90 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. Gerald Taylor shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. He shall provide payment and proof of payment as directed by the Probation Officer.

ORDER OF COURT

Considered and ordered this __21__ day of __Feb__, 2020 and ordered filed and made a part of the records in the above case.

_/s/ Dale S. Fischer_
United States District Judge
HONORABLE DALE S. FISCHER

Respectfully,

/S/ LUCY SALAS
U. S. Probation & Pretrial Services Officer

Place: Long Beach, California

Approved: /S/ GREGORY J. METOYER
Supervising U.S. Probation & Pretrial Services Officer

Date: February 20, 2020