UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GERALD TAYLOR,<br>Defendant. | No. CR 19-491 DSF<br><br>ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE (Dkt. 6) |

    Defendant Gerald Taylor moves pro se for termination of his term of supervision. The U.S. Probation and Pretrial Services Office (USPPSO) opposes, dkt. 8, as does the government, dkt. 10.

    Mr. Taylor was found guilty by a jury of conspiracy to distribute and possession with intent to distribute PCP. He was sentenced to 188 months in prison and an eight-year term of supervision. He has completed half of that term. He has not been violation free, however. In 2019, the sentencing court was notified of his use of marijuana. Jurisdiction was transferred to this Court. In 2020, he travelled to Las Vegas, Nevada without permission. His explanation of law enforcement's contact with him in that city was inconsistent and unconvincing. He agreed to spend 90 days in a home detention program as a result. In addition, Mr. Taylor has consistently reported being self-employed, but as he has not provided appropriate documentation of his employment, the legitimacy of that employment is questionable. The USPPSO also notes that Mr. Taylor is considered a

moderate risk for recidivism based on the Post-Conviction Risk Assessment, the actuarial risk and needs assessment tool developed by the Administrative Office of the U.S. Courts and endorsed by the Judicial Conference Committee on Criminal Law. The Court finds Mr. Taylor is in need of the active intervention of the USPPSO.

Because the Court would not reduce the term of supervision even if it had the authority to do so, it need not address whether it can legally reduce the term below the mandatory minimum five years.

The motion is denied.

IT IS SO ORDERED.

Date: April 21, 2022

Dale S. Fischer
United States District Judge